UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LAMONACA L. MAIZE,<br><br>        Plaintiff,<br><br>    v.<br><br>KILOLO KIJAKAZI,<br><br>        Defendant. | Case No. 19-cv-07662-SK<br><br>**JUDGMENT AND ORDER OF REMAND AND ORDER GRANTING STIPULATION FOR ATTORNEY'S FEES**<br><br>Regarding Docket Nos. 29, 30, 31 |

On December 15, 2020, the Court entered an Order and Judgment denying Plaintiff's motion for summary judgment and granting Defendant's cross-motion for summary judgment. (Dkts. 22, 23.) Plaintiff appealed to the Ninth Circuit Court of Appeals. (Dkt. 25.) On August 16, 2021, the Ninth Circuit issued an Order granting the parties' joint motion for remand to the Social Security Administration for further administrative proceedings. (Dkt. 29.) The mandate of the Ninth Circuit issued on October 8, 2021. (Dkt. 31.) Accordingly, the Court HEREBY ENTERS this Order and Judgment to remand this case to the Social Security Administration for further administrative proceedings pursuant to sentence four of 42 U.S.C. § 405(g).

On October 1, 2021, the parties filed a stipulation as to the amount of fees to be awarded to Plaintiff's counsel under the Equal Access to Justice Act, 28 U.S.C. § 2412(d) ("EAJA"). (Dkt. 30.) Accordingly, the Court GRANTS the stipulation of the parties and AWARDS $8,200.00 to Plaintiff, without prejudice to Plaintiff's counsel seeking fees pursuant to 42 U.S.C. § 406(b), subject to the savings clause provisions of the EAJA.

**IT IS SO ORDERED AND ADJUDGED**.

Dated: October 12, 2021



SALLIE KIM
United States Magistrate Judge